AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

RACHEL FENTON, et al.                   **SUMMONS IN A CIVIL CASE**

vs.                                     Case Number:

BAYER CORPORATION,                      **1:10-cv-0648WTL-TAB**
BAYER HEALTHCARE PHARMACEUTICALS, INC.,
BAYER HEALTHCARE, LLC,
BERLEX LABRATORIES INTERNATIONAL, INC.
BAYER SCHERING PHARMA AG, and BAYER AG

TO:   Bayer Corporation
      c/o Corporation Service Company, Registered Agent
      2711 Centerville Road, Suite 400
      Wilmington, Delaware 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address):   William N. Riley, Attorney No. 14941-49
Jamie R. Kendall, Attorney No. 25124-24
**PRICE WAICUKAUSKI & RILEY, LLC**
301 Massachusetts Avenue
Indianapolis, Indiana 46204
(317) 633-8787; Fax (317) 633-8797

an answer to the complaint which is herewith served upon you, within ___23___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 E. Ohio Street, Room 105, Indianapolis, Indiana 46204 within a reasonable period of time after service.

CLERK                                   DATE   MAY 25 2010

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

RACHEL FENTON, et al.                    SUMMONS IN A CIVIL CASE

vs.                                      Case Number:

BAYER CORPORATION,                       **1:10-cv-0648WTL-TAB**
BAYER HEALTHCARE PHARMACEUTICALS, INC.,
BAYER HEALTHCARE, LLC,
BERLEX LABRATORIES INTERNATIONAL, INC.
BAYER SCHERING PHARMA AG, and BAYER AG

TO: Bayer Corporation
    ATTN: President and/or CEO
    100 Bayer Road
    Pittsburgh, Pennsylvania 15205

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address):   William N. Riley, Attorney No. 14941-49
Jamie R. Kendall, Attorney No. 25124-24
**PRICE WAICUKAUSKI & RILEY, LLC**
301 Massachusetts Avenue
Indianapolis, Indiana 46204
(317) 633-8787; Fax (317) 633-8797

an answer to the complaint which is herewith served upon you, within ___23___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 E. Ohio Street, Room 105, Indianapolis, Indiana 46204 within a reasonable period of time after service.

_[signature]_
CLERK

DATE   MAY 25 2010

_[signature]_
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

RACHEL FENTON, et al.

**SUMMONS IN A CIVIL CASE**

vs.

Case Number:

**1:10-cv- 0648WTL-TAB**

BAYER CORPORATION,
BAYER HEALTHCARE PHARMACEUTICALS, INC.,
BAYER HEALTHCARE, LLC,
BERLEX LABRATORIES INTERNATIONAL, INC.
BAYER SCHERING PHARMA AG, and BAYER AG

TO: Bayer Corporation
ATTN: President and/or CEO
7750 W. Morris Street
Indianapolis, Indiana 46231

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address):    William N. Riley, Attorney No. 14941-49
Jamie R. Kendall, Attorney No. 25124-24
**PRICE WAICUKAUSKI & RILEY, LLC**
301 Massachusetts Avenue
Indianapolis, Indiana 46204
(317) 633-8787; Fax (317) 633-8797

an answer to the complaint which is herewith served upon you, within ___23___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 E. Ohio Street, Room 105, Indianapolis, Indiana 46204 within a reasonable period of time after service.

CLERK

(BY) DEPUTY CLERK

DATE   MAY 25 2010

AO 440 (Rev. 10/93) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

RACHEL FENTON, et al.          SUMMONS IN A CIVIL CASE

vs.                            Case Number:

BAYER CORPORATION,             **1:10-cv- 0648 WTL -TAB**
BAYER HEALTHCARE PHARMACEUTICALS, INC.,
BAYER HEALTHCARE, LLC,
BERLEX LABRATORIES INTERNATIONAL, INC.
BAYER SCHERING PHARMA AG, and BAYER AG

TO:   Bayer Corporation
      ATTN: Corporation Service Company, Registered Agent
      251 E. Ohio Street, Suite 500
      Indianapolis, Indiana 46204

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address):   William N. Riley, Attorney No. 14941-49
                                                                                                   Jamie R. Kendall, Attorney No. 25124-24
                                                                                                   **PRICE WAICUKAUSKI & RILEY, LLC**
                                                                                                   301 Massachusetts Avenue
                                                                                                   Indianapolis, Indiana 46204
                                                                                                   (317) 633-8787; Fax (317) 633-8797

an answer to the complaint which is herewith served upon you, within ___23___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 E. Ohio Street, Room 105, Indianapolis, Indiana 46204 within a reasonable period of time after service.

CLERK  [signature]                    DATE  MAY 25 2010

(BY) DEPUTY CLERK [signature]

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

RACHEL FENTON, et al.                 **SUMMONS IN A CIVIL CASE**

vs.                                   Case Number:

BAYER CORPORATION,                    **1:10-cv- 0648WTL -TAB**
BAYER HEALTHCARE PHARMACEUTICALS, INC.,
BAYER HEALTHCARE, LLC,
BERLEX LABORATORIES INTERNATIONAL, INC.
BAYER SCHERING PHARMA AG, and BAYER AG

TO:   Bayer Schering Pharma AG
      c/o Eva Gardyan-Eisenlohr
      Head of Law & Patents
      Bayer Schering Pharma AG
      Müllerstrasse 178
      D-13353 Berlin
      Germany

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address):   William N. Riley, Attorney No. 14941-49
Jamie R. Kendall, Attorney No. 25124-24
**PRICE WAICUKAUSKI & RILEY, LLC**
301 Massachusetts Avenue
Indianapolis, Indiana 46204
(317) 633-8787; Fax (317) 633-8797

an answer to the complaint which is herewith served upon you, within ___23___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 E. Ohio Street, Room 105, Indianapolis, Indiana 46204 within a reasonable period of time after service.

CLERK

(BY) DEPUTY CLERK

DATE   MAY 2 5 2010

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN                                       DISTRICT OF                 INDIANA

RACHEL FENTON, et al.                          **SUMMONS IN A CIVIL CASE**

           vs.                                                Case Number:

BAYER CORPORATION,                                   **1:10-cv-0648WTL-TAB**
BAYER HEALTHCARE PHARMACEUTICALS, INC.,
BAYER HEALTHCARE, LLC,
BERLEX LABORATORIES INTERNATIONAL, INC.
BAYER SCHERING PHARMA AG, and BAYER AG

    TO:    Bayer Healthcare, LLC
            ATTN: President and/or CEO
            555 White Plains Road
            Tarrytown, New York 10591

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address):   William N. Riley, Attorney No. 14941-49
Jamie R. Kendall, Attorney No. 25124-24
**PRICE WAICUKAUSKI & RILEY, LLC**
301 Massachusetts Avenue
Indianapolis, Indiana 46204
(317) 633-8787; Fax (317) 633-8797

an answer to the complaint which is herewith served upon you, within ___23___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 E. Ohio Street, Room 105, Indianapolis, Indiana 46204 within a reasonable period of time after service.

CLERK                                                     DATE   MAY 25 2010

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
_____SOUTHERN_____ DISTRICT OF _____INDIANA_____

RACHEL FENTON, et al.                     **SUMMONS IN A CIVIL CASE**

                    vs.                   Case Number:

BAYER CORPORATION,                        **1:10-cv-0648 WTL -TAB**
BAYER HEALTHCARE PHARMACEUTICALS, INC.,
BAYER HEALTHCARE, LLC,
BERLEX LABRATORIES INTERNATIONAL, INC.
BAYER SCHERING PHARMA AG, and BAYER AG

TO:   Bayer Healthcare, LLC
      c/o Corporation Service Company, Registered Agent
      2711 Centerville Road, Suite 400
      Wilmington, Delaware 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address):  William N. Riley, Attorney No. 14941-49
Jamie R. Kendall, Attorney No. 25124-24
**PRICE WAICUKAUSKI & RILEY, LLC**
301 Massachusetts Avenue
Indianapolis, Indiana 46204
(317) 633-8787; Fax (317) 633-8797

an answer to the complaint which is herewith served upon you, within ___23___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 E. Ohio Street, Room 105, Indianapolis, Indiana 46204 within a reasonable period of time after service.

CLERK                                     DATE   MAY 25 2010

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
<u>SOUTHERN</u> DISTRICT OF <u>INDIANA</u>

RACHEL FENTON, et al.  **SUMMONS IN A CIVIL CASE**

vs.  Case Number:

BAYER CORPORATION,  **1:10-cv-0648WTL-TAB**
BAYER HEALTHCARE PHARMACEUTICALS, INC.,
BAYER HEALTHCARE, LLC,
BERLEX LABRATORIES INTERNATIONAL, INC.
BAYER SCHERING PHARMA AG, and BAYER AG

TO: Berlex Laboratories International, Inc.
c/o The Corporation Trust Company, Registered Agent
1209 Orange Street
Wilmington, Delaware 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY (name and address): <u>William N. Riley, Attorney No. 14941-49</u>
<u>Jamie R. Kendall, Attorney No. 25124-24</u>
**PRICE WAICUKAUSKI & RILEY, LLC**
<u>301 Massachusetts Avenue</u>
<u>Indianapolis, Indiana 46204</u>
<u>(317) 633-8787; Fax (317) 633-8797</u>

an answer to the complaint which is herewith served upon you, within ___23___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 E. Ohio Street, Room 105, Indianapolis, Indiana 46204 within a reasonable period of time after service.

CLERK  DATE  MAY 2 5 2010

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

RACHEL FENTON, et al.

**SUMMONS IN A CIVIL CASE**

vs.

Case Number: **1:10-cv-0648WTL-TAB**

BAYER CORPORATION,
BAYER HEALTHCARE PHARMACEUTICALS, INC.,
BAYER HEALTHCARE, LLC,
BERLEX LABRATORIES INTERNATIONAL, INC.
BAYER SCHERING PHARMA AG, and BAYER AG

TO: Berlex Laboratories International, Inc.
ATTN: President and/or CEO
340 Changebridge Road
Montville, New Jersey 07045-1000

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address): William N. Riley, Attorney No. 14941-49
Jamie R. Kendall, Attorney No. 25124-24
**PRICE WAICUKAUSKI & RILEY, LLC**
301 Massachusetts Avenue
Indianapolis, Indiana 46204
(317) 633-8787; Fax (317) 633-8797

an answer to the complaint which is herewith served upon you, within ___23___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 E. Ohio Street, Room 105, Indianapolis, Indiana 46204 within a reasonable period of time after service.

CLERK

(BY) DEPUTY CLERK

DATE MAY 25 2010

AO 440 (Rev. 10/93) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

RACHEL FENTON, et al.

**SUMMONS IN A CIVIL CASE**

vs.

Case Number:

BAYER CORPORATION,
BAYER HEALTHCARE PHARMACEUTICALS, INC.,
BAYER HEALTHCARE, LLC,
BERLEX LABRATORIES INTERNATIONAL, INC.
BAYER SCHERING PHARMA AG, and BAYER AG

1:10-cv-064 8WTL-TAB

TO: Bayer Healthcare Pharmaceuticals, Inc.
ATTN: President and/or CEO
6 West Belt Road
Wayne, New Jersey 07470

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address):  William N. Riley, Attorney No. 14941-49
Jamie R. Kendall, Attorney No. 25124-24
**PRICE WAICUKAUSKI & RILEY, LLC**
301 Massachusetts Avenue
Indianapolis, Indiana 46204
(317) 633-8787; Fax (317) 633-8797

an answer to the complaint which is herewith served upon you, within ___23___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 E. Ohio Street, Room 105, Indianapolis, Indiana 46204 within a reasonable period of time after service.

CLERK

(BY) DEPUTY CLERK

DATE   MAY 25 2010

AO 440 (Rev. 10/93) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
__SOUTHERN__ DISTRICT OF __INDIANA__

RACHEL FENTON, et al.                        **SUMMONS IN A CIVIL CASE**

vs.                                          Case Number:

BAYER CORPORATION,                           **1:10-cv-0654 SWTL-TAB**
BAYER HEALTHCARE PHARMACEUTICALS, INC.,
BAYER HEALTHCARE, LLC,
BERLEX LABRATORIES INTERNATIONAL, INC.
BAYER SCHERING PHARMA AG, and BAYER AG

  TO:   Bayer Healthcare Pharmaceuticals, Inc.
        c/o Corporation Service Company, Registered Agent
        2711 Centerville Road, Suite 400
        Wilmington, Delaware 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY (name and address):   William N. Riley, Attorney No. 14941-49
                               Jamie R. Kendall, Attorney No. 25124-24
                               **PRICE WAICUKAUSKI & RILEY, LLC**
                               301 Massachusetts Avenue
                               Indianapolis, Indiana 46204
                               (317) 633-8787; Fax (317) 633-8797

an answer to the complaint which is herewith served upon you, within __23__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 E. Ohio Street, Room 105, Indianapolis, Indiana 46204 within a reasonable period of time after service.

_[signature]_
CLERK   **CLERK**                            DATE   **MAY 2 5 2010**

_[signature]_
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
SOUTHERN   DISTRICT OF   INDIANA

RACHEL FENTON, et al.          **SUMMONS IN A CIVIL CASE**

vs.                            Case Number:

BAYER CORPORATION,             **1:10-cv-0648WTL-TAB**
BAYER HEALTHCARE PHARMACEUTICALS, INC.,
BAYER HEALTHCARE, LLC,
BERLEX LABRATORIES INTERNATIONAL, INC.
BAYER SCHERING PHARMA AG, and BAYER AG

> TO:  Bayer Healthcare Pharmaceuticals, Inc.
> c/o SOP Department
> Corporation Service Company
> Suite 400
> 2711 Centerville Road
> Wilmington, Delaware 19805

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address):   William N. Riley, Attorney No. 14941-49
Jamie R. Kendall, Attorney No. 25124-24
**PRICE WAICUKAUSKI & RILEY, LLC**
301 Massachusetts Avenue
Indianapolis, Indiana 46204
(317) 633-8787; Fax (317) 633-8797

an answer to the complaint which is herewith served upon you, within ___23___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 E. Ohio Street, Room 105, Indianapolis, Indiana 46204 within a reasonable period of time after service.

CLERK                          DATE   **MAY 25 2010**

(BY) DEPUTY CLERK